**Opinion issued February 12, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00068-CV

———————————

## IN RE SUNBELT RENTALS, INC., Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator, Sunbelt Rentals, Inc., has filed a petition for a writ of mandamus, challenging the trial court's January 8, 2015 orders requiring relator to provide complete responses to discovery requests.[1]

---

[1]   The underlying case is *Julie Rogers, as Next Friend of Dalton Rogers, a Minor v. Sunbelt Rentals, Inc. and Cody Fox, Individually*, Cause No. 2013-65334, in the 151st District Court of Harris County, Texas, the Honorable Michael Engelhart presiding.

We deny the petition. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd